UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| MELISSA HAMMOND, Administrator of the Estate of BONNIE L. SUMNER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil No. 06-338-JD<br>)<br>)<br>)<br>)<br>) |

STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties stipulate that the pending action shall be dismissed, with prejudice, with each party to bear its own costs and fees.

| | |
|---|---|
| Defendant United States of America<br><br>THOMAS P. COLANTUONO<br>United States Attorney<br><br><br>By: /s/ T. David Plourde<br>T. David Plourde<br>Assistant U.S. Attorney<br>NH Bar No. 2044<br>53 Pleasant Street, Fourth Floor<br>Concord, NH 03301-3904<br>603-225-1552<br>david.plourde@usdoj.gov<br><br><br>Dated: 2/11/08 | Plaintiff Melissa Hammond, Administrator of the Estate of Bonnie Sumner,<br><br><br><br>/s/ Joseph F. McDowell<br>Joseph F. McDowell, Esquire<br>McDowell & Osburn, PA<br>NH Bar No. 1675<br>282 River Road<br>Manchester, NH 03105-3360<br>603-623-9300<br>jmcdowell@mcdowell-osborn.com<br><br><br>Dated: 12/10/07 |